UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELITE HC GROUP LLC,

                              Plaintiff,

                - against -

APOLLO HEALTHCARE CONSULTING
& MANAGEMENT, LLC,

                            Defendant.
-----------------------------------------------------------------x

6/17/22

Civil Action No.:
7:21-cv-10672-VB

**ORDER FOR**
**SUBSTITUTION**
**OF COUNSEL**

**NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Plaintiff Elite HC Group LLC ("Plaintiff") substitutes Aaron Twersky, Esq. as counsel of record in place of Brian K. Condon, Esq. Contact information for new counsel is as follows:

                Aaron Twersky, Esq.
                Twersky PLLC
          747 Third Avenue, 32nd Floor
           New York, New York 10017
            212-425-0149 (phone)
        atwersky@twerskylaw.com (email)

Dated: New York, New York
       June 15, 2022

**ELITE HC GROUP LLC**

By: _____
     Hershel Bodansky, Member

**TWERSKY PLLC**                            **CONDON PAXOS PLLC**

By: _____       By: _/s/ Brian K. Condon_____
     Aaron Twersky, Esq.                           Brian K. Condon, Esq.
     747 Third Avenue, 32nd Floor           55 Old Turnpike Road, Suite 502
     New York, New York 10017              Nanuet, New York 10954

1

(212) 425-0149                                             (845) 627-8500

*Incoming Attorneys for Plaintiff*                          *Outgoing Attorneys for Plaintiff*
*Elite HC Group LLC*                                        *Elite HC Group LLC*


Dated: New York, New York
       June 17, 2022

SO ORDERED:

_____
Hon. Vincent L. Briccetti